*Edmond B. Butler, Morris Zweibel* and *Robert X. Kuzmier* for appellant.

*John M. Keegan, Thomas H. Beardsley* and *John D. Gray* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

In the Matter of the Claim of JOHN MULLINS, Respondent, against ATLANTIC BASIN IRON WORKS et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted May 28, 1947; decided July 2, 1947.

*Jeremiah F. Connor* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Roy Wiedersum* and *Daniel Polansky* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

In the Matter of GEORGE WATINSKY et al., Appellants, against JOHN F. O'CONNELL et al., Individually and as Members of the State Liquor Authority, et al., Respondents.

Argued May 29, 1947; decided July 2, 1947.